THE STATE OF OHIO, APPELLEE, *v.* MENTSER, APPELLANT.

[Cite as *State v. Mentser*, 130 Ohio St.3d 262, 2011-Ohio-5446.]

(No. 2009–0273—Submitted October 18, 2011—Decided October 26, 2011.)

{¶ 1} The cause is remanded to the court of appeals for application of *State v. Williams*, 129 Ohio St.3d 344, 2011-Ohio-3374, 952 N.E.2d 1108.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

O'DONNELL, J., dissents.

David P. Fornshell, Warren County Prosecuting Attorney, and Michael Greer, Assistant Prosecuting Attorney, for appellee.

George C. Luther, for appellant.